## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANTORIS C. JONES | : | 2003 FEC 23  P 12: 06 |
| | : | |
| Plaintiff, | : | No.: 3:01-CV-1133 (JCH) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD | : | |
| BRUCE MARQUIS, Chief of Police, | : | |
| In his official and individual capacity, | : | |
| TIMOTHY MCGRATH, Hartford Police | : | |
| Officer, in his official and individual | : | |
| capacity, | : | |
| SHAWN NICHOLS, Hartford Policy | : | |
| Officer, in his official and individual | : | |
| capacity, | : | |
| FERNANDO RODRIGUEZ, Hartford | : | |
| Officer, in his official and individual | : | |
| capacity, AND | : | DECEMBER 22, 2003 |
| ROBERT A. MURTHA, Hartford | : | |
| Officer, in his official and individual | : | |
| capacity, | : | |
| | : | |
| Defendants | : | |

## APPEARANCE

Please enter my appearance as co-counsel for the plaintiff in the above-
captioned action, in lieu of Philip Tegeler and in addition to the other appearances
already on file.

Respectfully Submitted,


BY: _____
Erin Boggs (ct22989)
Connecticut Civil Liberties
Union Foundation
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 212
Fax:      860-728-0287
E-mail: eboggs@cclu.org

## CERTIFICATE OF SERVICE

This is to certify that on this _22nd_ day of December, 2003, a copy of the foregoing has been mailed postage prepaid to:

James Szerejko
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

William J. Melley III
250 Hudson Street
Hartford, CT 06106

Terence J. Gallagher and
Kenneth W. Gage
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, Connecticut 06901

_____
Erin Boggs