CT/cvjysel (January 18, 2002)

HONORABLE **Hall**
DEPUTY CLERK **Boroskey**    RPTR/ERO/TAPE **Finkerstein**

TOTAL TIME: ___ hours **5** minutes

DATE **12-9-03**    START TIME **9:55**    END TIME **10:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Jones**

vs.

**City of Hartford**

CIVIL NO. **3:01CV1133JCH**
§
§    **T. Gallagher**
§         Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    **J. Szoretjko**  city,
§         Defendants Counsel
     **Wm Mezley - Murtha**

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ......    ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☐ ......    ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☐ ...#..    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...#..    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...#..    Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ...#..    Motion _____    ☐ granted ☐ denied ☐ advisement

☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed
☐ ......    _____    ☐ filed ☐ docketed

☐ ......    ____ # jurors present

☐ ......    Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ......    Voir Dire by Court

☐ ......    Peremptory challenges exercised (See attached)

☐ ......    Jury of ____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ......    Remaining jurors excused

☐ ......    Discovery deadline set for _____

☐ ......    Disposition Motions due _____

☐ ......    Joint trial memorandum due _____

☐ ......    Trial continued until _____ at _____

☐ COPY TO: JURY CLERK