UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANTORIS C. JONES<br><br>    Plaintiff,<br><br>V.<br><br>CITY OF HARTFORD;<br>SHAWN NICHOLS, Hartford Police Officer, in his official and individual capacity,<br>FERNANDO RODRIGUEZ, Hartford Police Officer, in his official and individual capacity, AND<br>ROBERT A. MURTHA, Hartford Police Officer, in his official and individual capacity,<br><br>    Defendants. | Civil Action No.<br>3:01CV1133 (JCH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>April 7, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME
## TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, plaintiff, Mantoris C. Jones, hereby respectfully moves for a twenty-eight (28) day extension of time, to Friday, May 7, 2004, within which to file closing papers, which are otherwise due on April 9, 2004.

Plaintiff represents that good cause exists for this motion. The parties are in the process of finalizing a settlement agreement. That process has been delayed by the unavailability of counsel.

This is the parties' first motion for an extension of time to file closing papers. Plaintiff's counsel has conferred with defendants' counsel. Counsel for defendants do not object to this motion.

WHEREFORE, plaintiff respectfully requests an extension of twenty-eight days, up to and including May 7, 2004, to file closing papers.

                              PLAINTIFF MANTORIS C. JONES

                              By:_____
                              Terence J. Gallagher (ct 22415)
                              Day, Berry & Howard LLP
                              One Canterbury Green
                              Stamford, Connecticut 06901
                              Tel: (203) 977-7300
                              Fax: (203) 977-7301
                              tjgallagher@dbh.com

- and -

                              Erin Boggs (ct 22989)
                              Connecticut Civil Liberties Union Foundation
                              32 Grand Street
                              Hartford, Connecticut 06106
                              Tel: (860) 247-9823 x212
                              Fax: (860) 728-0287
                              eboggs@cclu.org

                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      This is to certify that I have, this 7th day of April, 2004, served the foregoing by sending a copy via first class mail, postage prepaid, to:

James Szerejko, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, Connecticut  06103


William J. Melley, III, Esq.
250 Hudson Street
Hartford, Connecticut  06106

                                                    _____
                                                    Terence J. Gallagher