# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANTORIS C. JONES | Civil Action No. |
| Plaintiff, | 3:01CV1133 (JCH) |
| V. | |
| CITY OF HARTFORD;<br>SHAWN NICHOLS, Hartford Police Officer, in his official and individual capacity,<br>FERNANDO RODRIGUEZ, Hartford Police Officer, in his official and individual capacity, AND<br>ROBERT A. MURTHA, Hartford Police Officer, in his official and individual capacity, | |
| Defendants. | April 7, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME
## TO FILE CLOSING PAPERS

Pursuant to Local Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, plaintiff, Mantoris C. Jones, hereby respectfully moves for a twenty-eight (28) day extension of time, to Friday, May 7, 2004, within which to file closing papers, which are otherwise due on April 9, 2004.

Plaintiff represents that good cause exists for this motion. The parties are in the process of finalizing a settlement agreement. That process has been delayed by the unavailability of counsel.

*MOTION GRANTED. SO ORDERED.*