UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANTORIS C. JONES | : CIVIL ACTION<br>: NO. 3:01CV1133 (JCH)(HBF) |
| V. | : |
| CITY OF HARTFORD,<br>BRUCE MARQUIS,<br>TIMOTHY McGRATH,<br>SHAWN NICHOLS,<br>FERNANDO RODRIGUEZ,<br>ROBERT MURTHA | :<br>:<br>:<br>:<br>:<br>: APRIL 29, 2004 |

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action may be dismissed with prejudice, with respect to the defendants Shawn Nichols and Fernando Rodriguez, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
MANTORIS JONES

BY _____
Terence J. Gallagher, Esq.
(ct22415)
Kenneth W. Gage, Esq.
(ct12965)
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

05645.0597

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
ROBERT MURTHA


BY /s/ William J. Melley
William J. Melley
(ct06355)
250 Hudson Street
Hartford, CT 06106
His Attorney


THE DEFENDANTS:
SHAWN NICHOLS AND
FERNANDO RODRIGUEZ


BY /s/ James J. Szerejko
James J. Szerejko
(ct04326)
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Their Attorneys
szerejko@halloran-sage.com

- 2 -

## CERTIFICATE OF SERVICE

      This is to certify that I have, this 29th day of April, 2004, served the foregoing by sending a copy via first class mail, postage prepaid, to:

James Szerejko, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, Connecticut  06103


William J. Melley, III, Esq.
250 Hudson Street
Hartford, Connecticut  06106

_____
Terence J. Gallagher