

FILED

2004 APR 30  A 9: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANTORIS C. JONES | : CIVIL ACTION |
| | : NO. 3:01CV1133 (JCH)(HBF) |
| V. | : |
| CITY OF HARTFORD, | : |
| BRUCE MARQUIS, | : |
| TIMOTHY McGRATH, | : |
| SHAWN NICHOLS, | : |
| FERNANDO RODRIGUEZ, | : |
| ROBERT MURTHA | : APRIL 29, 2004 |

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action may be dismissed with prejudice, with respect to the defendants Shawn Nichols and Fernando Rodriguez, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
MANTORIS JONES

BY_____
Terence J. Gallagher, Esq.
(ct22415)
Kenneth W. Gage, Esq.
(ct12965)
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

05645.0597

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105