UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANTORIS C. JONES | : CIVIL ACTION<br>: NO. 3:01CV1133 (JCH)(HBF) |
| V. | : |
| CITY OF HARTFORD,<br>BRUCE MARQUIS,<br>TIMOTHY McGRATH,<br>SHAWN NICHOLS,<br>FERNANDO RODRIGUEZ<br>ROBERT MURTHA | :<br>:<br>:<br>:<br>: May ~~APRIL~~ 7, 2004 |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
MANTORIS JONES

BY _____
Terence J. Gallagher, Esq.
(ct22415)
Kenneth W. Gage, Esq.
(ct12965)
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

05645.0597

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
ROBERT MURTHA

BY /s/ *(signature)* _____
William J. Melley
(ct06355)
250 Hudson Street
Hartford, CT 06106
His Attorney

THE DEFENDANT:
CITY OF HARTFORD

BY /s/ *(signature)* _____
James J. Szerejko
(ct04326)
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Their Attorneys
szerejko@halloran-sage.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

This is to certify that I have, this 7th day of May, 2004, served the foregoing by sending a copy via first class mail, postage prepaid, to:

James Szerejko, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, Connecticut 06103


William J. Melley, III, Esq.
250 Hudson Street
Hartford, Connecticut 06106

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Terence J. Gallagher